People v Dechabert (2025 NY Slip Op 03979)

People v Dechabert

2025 NY Slip Op 03979

Decided on July 01, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: July 01, 2025

Before: Moulton, J.P., Gesmer, Pitt-Burke, Higgitt, Michael, JJ. 

Ind. No. 73838/22|Appeal No. 4653|Case No. 2024-01734|

[*1]The People of the State of New York, Respondent,
v
Jaiden Dechabert, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Abigail Everett of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Noah J. Chamoy of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Steven Hornstein, J., on motion to dismiss; Tara A. Collins, J., at plea and sentencing), rendered February 29, 2024, convicting defendant of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of two years, unanimously affirmed.
Defendant's valid waiver of the right to appeal forecloses consideration of his claim that his rights under the Second Amendment were violated based on New York Rifle & Pistol Assoc. v Bruen (597 US 1 [2022]) (see People v Johnson, 225 AD3d 453, 453-454 [1st Dept 2024], lv granted 42 NY3d 939 [2024]).
As an alternative holding, we find that defendant's constitutional claim was largely unpreserved and that he lacked standing to assert his Second Amendment claim because there is "no indication that he applied for a gun license" (People v Liriano, 226 AD3d 30 [1st Dept 2024], lv denied 41 NY3d 1019 [2024]). He has also failed to establish that his conviction is unconstitutional under Bruen.
Defendant's valid waiver of his right to appeal also forecloses review of his excessive sentence claim (see People Johnson, 225 AD3d at 455; People v Pasha, 36 AD3d 425 [1st Dept. 2007], lv denied 8 NY3d 989 [2007]). In any event, we perceive no basis for reducing the sentence.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: July 1, 2025